**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Monique Cullars-Doty as Special Administrator and Trustee for the Next of Kin of Marcus Ryan Cullars Golden, et al. | No. 21-cv-94 (KMM/DJF) |
| Plaintiffs, | |
| v. | **ORDER FOR DISTRIBUTION OF SETTLEMENT PROCEEDS** |
| City of St. Paul, | **FILED UNDER SEAL** |
| Defendant. | |

---

This matter came before the Court on Plaintiff Monique Cullars-Doty's Petition for Distribution of Settlement Proceeds. [Dkt. No. 75, 90.] On June 20, 2023, the Court issued its Preliminary Order for Distribution of Settlement Proceeds [Dkt. No. 94], which granted Plaintiff's petition in part. The Court now issues this final order for distribution of settlement proceeds. Accordingly, it is **HEREBY ORDERED:**

1. The settlement amount of $1,300,000.00 is approved for the Estate of Marcus Golden.

2. All of the settlement proceeds are allocated to the wrongful death case.

3. The Court approves the following distribution:

   - Attorney's Fees: **$420,333.33**

   - Total Costs: **$10,487.17**

   - Memorial Payment to Monique Cullars-Doty: **$13,000.00**

   - **$130,000.00** to **Monica Cullars-Doty**

- **$245,000.00** to **Pauline Jenkins Cullars**

- **$216,000.00** to **Ericka Denise Cullars-Golden**

- **$97,179.00** to **Scott James Golden**

- **$100,000.00** to **Blake Evan Golden**

- **$20,000.00** to **Shawnta'ya Ronya Lakeish Brooks**

- **$20,000.00** to **Dakota Jordan Golden**

- **$20,000.00** to **Tayler Marie Simon**

- **$8,000.00** to **George Thomas Golden**

- **$3,000.00** to **Janet Arlene Sadiki**

4. The entire case is dismissed pursuant to settlement against the only remaining Defendant, City of St. Paul, with prejudice, and each party will bear its own fees and costs.

Date: June 28, 2023

_s/Katherine Menendez_
Katherine Menendez
United States District Judge